Electronically Filed - St Charles Circuit Div - October 13, 2026 - 02:41 PM

**2611-CC01426**

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI**

| | | |
|---|---|---|
| **TIMOTHY FINDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **PROGRESSIVE CASUALTY INSURANCE COMPANY,** | ) | **Division** |
| | ) | |
| **<u>Serve</u>:** | ) | **JURY TRIAL REQUESTED** |
| **CT CORPORATION SYSTEM** | ) | |
| **5661 Telegraph Road Suite 4B** | ) | |
| **St. Louis, MO 63129-4275** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PETITION**

COMES NOW Plaintiff Timothy Finders, by and through his undersigned counsel, and states the following for his cause of action against Defendant Progressive Casualty Insurance Company:

1. During all times herein mentioned, Plaintiff was and is a resident of St. Charles County, Missouri.

2. Defendant is an insurance company duly organized under the laws of Ohio and is registered to do business in the State of Missouri as Progressive Casualty Insurance Company with agents doing business in St. Charles County.

3. On April 14, 2021, Plaintiff received bodily injuries in an automobile crash that occurred on westbound Missouri Highway 86 in unincorporated Stone County, Missouri, as a result of negligence of Ms. Allison Bearden. At the time of the accident, Timothy Finders was operating his 2017 Chevrolet Equinox.

Electronically Filed - St Charles Circuit Div - October 13, 2026 - 02:41 PM

4. The vehicle driven by Ms. Allison Bearden was insured under an automobile insurance policy issued by Progressive Casualty Insurance Company. Said insurance policy had liability limits of only $100,000 per person for bodily injury.

5. Plaintiff has settled his claims for damages arising from his bodily injuries against Ms. Beardon and her insurance company for the policy limits of $100,000. However, the actual damages sustained by Plaintiff Timothy Finders are in excess of $100,000. Therefore, Ms. Beardon's vehicle was an "underinsured motor vehicle" as defined under Defendant's policy, and Plaintiff's uncompensated damages are compensable under Defendant's policy with Plaintiff.

6. Plaintiff had in effect on April 14, 2021, an insurance policy issued by Defendant which provided underinsured motorist protection to Plaintiffs. That policy had underinsured motorist coverage limits of $250,000 per person/$500,000 per accident.

7. As a result of the subject accident, Plaintiff has sustained uncompensated damages, which exceed the settlement amount received by Plaintiff from Ms. Beardon's insurance carrier, and is entitled to recovery against Defendant in an amount that is fair and reasonable for the uncompensated damages sustained by Plaintiff.

WHEREFORE Plaintiff Timothy Finders respectfully requests judgment against Defendant Progressive Casualty Insurance Company for all his damages in an amount determined by the jury in excess of $25,000, and for any further just and proper relief.

Electronically Filed - St Charles Circuit Div - October 13, 2026 - 02:41 PM

**Respectfully submitted,**

**SK Law**

*/s/ Nathan A. Steimel*
Nathan A. Steimel #57675
400 N. Fifth St., Ste. 200
St. Charles, MO 63301
636-946-9999 FAX: 636-946-8623
nsteimel@sklaw.com
***Attorney for Plaintiff***

**PROOF OF FILING**

THE UNDERSIGNED CERTIFIES THAT A COPY OF THE FOREGOING WAS FILED WITH THE COURT'S E-FILING SYSTEM THIS 13th DAY OF OCTOBER 2026.

*/s/ Nathan A. Steimel*